**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 22-52852-bem |
| | } | |
| Richmond William Davis | } | CHAPTER 7 |
| | } | |
| **DEBTOR** | } | |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective April 27, 2022 my new mailing address is:

5430 Chapel Hill Road
Douglasville, GA 30135


Dated: Wednesday, April 27, 2022

_____/s/_____
Richmond William Davis

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 22-52852-bem |
| | } | |
| Richmond William Davis | } | CHAPTER 7 |
| | } | |
| **DEBTOR** | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Gregory Hays
Chapter 7 Trustee
3343 Peachtree Rd ste 200
Atlanta, GA 30326

Richmond William Davis
5430 Chapel Hill Road
Douglasville, GA 30135

Dated: Wednesday, April 27, 2022

Saedi Law Group, LLC

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com