T3 TELECOM LLC
181 Blackberry St 6B
Liverpool NY  13090-4026

EE ID: 2

RICHMOND W DAVIS
8641 CAMPBELLTON ST
DOUGLASVILLE GA  30134

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Richmond W Davis | | | | | 1099-NEC | | | 3900.00 | | 15000.00 |
| 8641 Campbellton St | | | | | **REIMB & OTHER PAYMENTS** | | | 3900.00 | | 15000.00 |
| Douglasville, GA  30134 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Soc Sec #: xxx-xx-xxxx   **Contractor ID:** 2 | | | | | Fed Backup | No Withholding | | | | |
| | | | | | GA Backup | No Withholding | | | | |
| **Pay Period:** 02/16/22 **to** 02/28/22 | | | | | | | | | | |
| **Check Date:** 03/15/22   **Check #:** 50017 | | | | | | | | | | |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 516 | 3900.00 | 15000.00 |
| **NET PAY** | **3900.00** | **15000.00** |

| | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| NET PAY | 3900.00 | 15000.00 |

*Payrolls by Paychex, Inc.*

0016 1412-7883  T3 Telecom LLC • 181 Blackberry St 6B • Liverpool NY  13090-4026 • (949) 335-2193

T3 TELECOM LLC
181 Blackberry St 6B
Liverpool NY 13090-4026

1412-7883
EE ID: 2

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

RICHMOND W DAVIS
8641 CAMPBELLTON ST
DOUGLASVILLE GA 30134

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Richmond W Davis | | | | | 1099-NEC | | | 4050.00 | | 19050.00 |
| 8641 Campbellton St | | | | | **REIMB & OTHER PAYMENTS** | | | 4050.00 | | 19050.00 |
| Douglasville, GA 30134 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Soc Sec #: xxx-xx-xxxx   **Contractor ID:** 2 | | | | | Fed Backup | No Withholding | | | | |
| | | | | | GA Backup | No Withholding | | | | |
| **Pay Period:** 03/01/22 **to** 03/15/22 | | | | | | | | | | |
| **Check Date:** 04/01/22   **Check #:** 50021 | | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | | | | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | | |
| Chkg 516 | 4050.00 | 19050.00 | | | | | | | | |
| **NET PAY** | **4050.00** | **19050.00** | | | | | | | | |

| | NET PAY | THIS PERIOD ($) 4050.00 | YTD ($) 19050.00 |
|---|---|---|---|

*Payrolls by Paychex, Inc.*

0016 1412-7883 T3 Telecom LLC • 181 Blackberry St 6B • Liverpool NY 13090-4026 • (949) 335-2193

T3 TELECOM LLC
181 Blackberry St 6B
Liverpool NY 13090-4026

EE ID: 2

1412-7883 DD

*Payrolls by Paychex, Inc.*

RICHMOND W DAVIS
8641 CAMPBELLTON ST
DOUGLASVILLE GA 30134

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Richmond W Davis | | | | | 1099-NEC | | | 1950.00 | | 25050.00 |
| 8641 Campbellton St | | | | | **REIMB & OTHER PAYMENTS** | | | 1950.00 | | 25050.00 |
| Douglasville, GA 30134 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Soc Sec #: xxx-xx-xxxx  **Contractor ID:** 2 | | | | | Fed Backup | No Withholding | | | | |
| | | | | | GA Backup | No Withholding | | | | |
| **Pay Period:** 04/01/22 **to** 04/15/22 | | | | | | | | | | |
| **Check Date:** 04/29/22  **Check #:** 50031 | | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | | | | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | | |
| Chkg 516 | 1950.00 | 25050.00 | | | | | | | | |
| **NET PAY** | **1950.00** | **25050.00** | | | | | | | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | 1950.00 | 25050.00 |

*Payrolls by Paychex, Inc.*

0016 1412-7883 T3 Telecom LLC • 181 Blackberry St 6B • Liverpool NY 13090-4026 • (949) 335-2193

T3 TELECOM LLC
181 Blackberry St 6B
Liverpool NY 13090-4026

EE ID: 1412-7883

RICHMOND W DAVIS
8641 CAMPBELLTON ST
DOUGLASVILLE GA 30134

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Richmond W Davis
8641 Campbellton St
Douglasville, GA 30134

**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2

**Pay Period:** 03/16/22 **to** 03/31/22
**Check Date:** 04/15/22    **Check #:** 50026

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 516 | 4050.00 | 23100.00 |
| **NET PAY** | **4050.00** | **23100.00** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099-NEC | | | 4050.00 | | 23100.00 |
| | **REIMB & OTHER PAYMENTS** | | | 4050.00 | | 23100.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| GA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 4050.00 | 23100.00 |

*Payrolls by Paychex, Inc.*

0016 1412-7883  T3 Telecom LLC • 181 Blackberry St 6B • Liverpool NY 13090-4026 • (949) 335-2193